USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/26/2022_

# Mark Schlachet, Esq.
Tel:216-225-7559
email: markschlachet@me.com

October 20, 2022

Hon. Analisa Torres,
   United States District Court
   Southern District Of New York
500 Pearl Street
New York, New York 10007

      Re: *Zaret v. Bonsey et al.*, Case No. 1:22-cv-07109-AT

Dear Judge Torres:

    Undersigned is counsel to Plaintiff Peter H. Zaret. We write this letter as directed by Your Honor's Individual Practice II.B. (second paragraph), which directs plaintiff's counsel to request an extension of the time for all parties' submission of a joint letter and case management plan under certain circumstances.

    Specifically, Defendants David Bonsey and D. Bonsey, Inc.'s attorney did not enter any appearance until October 18th due to a delay in serving the Bonsey entities. As the case management materials are due on or before October 22, 2022, Bonsey counsel requires a few days to review matters and contribute meaningfully to the Rule 16 process. All parties have conferred and agree that with 10 additional days they can implement the Court's case management requirements per Your Honor's Individual Practice II.B.

    Accordingly, with the consent of all defendants, Plaintiff's counsel hereby requests an adjournment of the subject submissions to and including November 3, 2022.

GRANTED.

SO ORDERED.

Dated: October 26, 2022
     New York, New York

ANALISA TORRES
United States District Judge