```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Peter H. Zaret dba Peter Zaret & Sons Violins, Inc.,

                           Plaintiff,

-against-

David Bonsey, D. Bonsey, Inc. aka New York Violin Consulting Inc., Florian Leonhard, Florian Leonhard Fine Violins, Inc., Peter Hoerner, Brompton's Auctioneers Limited, Charles Beare OBE, Beare Violins Limited, Joe W. Robson,

                           Defendants.

22 Civ. 7109 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' letters dated October 28 and 30 and November 1, 2022. ECF Nos. 55, 56, 58.  Accordingly:

1. By **November 16, 2022**, all Defendants will respond to Plaintiff's motion for discovery.
2. Defendants Beare Violins Limited, Brompton's Auctioneers Limited, Charles Beare OBE, and Peter Horner's request to file a motion to dismiss is GRANTED.
3. By **December 21, 2022**, Defendants Beare Violins Limited, Brompton's Auctioneers Limited, Charles Beare OBE, and Peter Horner shall file their motion;
4. By **January 25, 2023**, Plaintiff shall file his opposition; and
5. By **February 8, 2023**, Defendants shall file their reply, if any.

SO ORDERED.

Dated: November 2, 2022
       New York, New York

                                                 ANALISA TORRES
                                        United States District Judge