UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Peter H. Zaret dba Peter Zaret & Sons Violins, Inc.,

              Plaintiff,

-against-

David Bonsey, D. Bonsey, Inc. aka New York Violin Consulting Inc., Florian Leonhard, Florian Leonhard Fine Violins, Inc., Peter Hoerner, Brompton's Auctioneers Limited, Charles Beare OBE, Beare Violins Limited, Joe W. Robson,

              Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/7/2022
```

22 Civ. 7109 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' proposed case management plan. ECF No. 61-1. The parties have not indicated a method of alternative dispute resolution. *Id.* ¶ 10. Further, the parties have not indicated dates for initial disclosures, *id.* ¶ 4, fact discovery, *id.* ¶¶ 5–6, or expert discovery, *id.* ¶ 7. Accordingly, by **November 14, 2022**, the parties shall file a revised case management plan with an agreed-upon method of dispute resolution and dates for initial disclosures and discovery which are not dependent on the Court's decision on Defendants' motions to dismiss.

    SO ORDERED.

Dated: November 7, 2022
       New York, New York

ANALISA TORRES
United States District Judge