```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  11/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Peter H. Zaret dba Zaret & Sons Violins, Inc.,

            Plaintiff,

-against-

David Bonsey, D. Bonsey, Inc. aka New York Violin Consulting Inc., Florian Leonhard, Florian Leonhard Fine Violins, Inc., Peter Horner, Brompton's Auctioneers Limited, Charles Beare OBE, Beare Violins Limited, Joe W. Robson,

            Defendants.

22 Civ. 7109 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On August 23, 2022, the Court ordered the parties to submit a joint letter and proposed case management plan by October 23, 2022. ECF No. 27. That deadline was later extended to November 3, 2022. ECF No. 54. On November 3, 2022, the parties filed a joint letter and proposed case management plan. ECF No. 61. On November 7, 2022, the Court ordered the parties to address certain deficiencies in their proposed case management plan. ECF No. 62. On November 14, 2022, the parties filed an amended proposed case management plan. ECF No. 65.

    The parties have proposed a deadline for fact discovery which is longer than 120 days. ECF No. 65 ¶¶ 5–6. The parties have also proposed a deadline for expert discovery which is longer than 45 days after the end of fact discovery. *Id.* ¶ 7. Accordingly, by **November 21, 2022**, the parties shall either file an amended proposed case management plan or file a letter justifying their proposed extended discovery deadlines.

    SO ORDERED.

Dated: November 15, 2022
        New York, New York

                                       ANALISA TORRES
                                    United States District Judge