USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/15/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Peter H. Zaret dba Zaret & Sons Violins, Inc.,

          Plaintiff,

-against-

David Bonsey, D. Bonsey, Inc. aka New York Violin Consulting Inc., Florian Leonhard, Florian Leonhard Fine Violins, Inc., Peter Horner, Brompton's Auctioneers Limited, Charles Beare OBE, Beare Violins Limited, Joe W. Robson,

          Defendants.

22 Civ. 7109 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters dated November 11, 2022. ECF Nos. 63–64. Accordingly:

1. Defendants' request to file a motion to strike is GRANTED.
2. By **December 20, 2022**, the Defendants shall file their motion to strike.
3. By **January 24, 2023**, Plaintiff shall file his opposition.
4. By **February 7, 2023**, Defendants shall file their response, if any.

SO ORDERED.

Dated: November 15, 2022
       New York, New York

ANALISA TORRES
United States District Judge