UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Peter H. Zaret dba Peter Zaret & Sons Violins, Inc.,

                Plaintiff,

-against-

David Bonsey, D. Bonsey, Inc. aka New York Violin Consulting Inc., Florian Leonhard, Florian Leonhard Fine Violins, Inc., Peter Hoerner, Brompton's Auctioneers Limited, Charles Beare OBE, Beare Violins Limited, Joe W. Robson,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/2022

22 Civ. 7109 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' letters dated November 15, 17, 21, and 22, 2022. ECF Nos. 66–67, 72–74, and 78. Accordingly:

1. Defendant Joe W. Robson's request to file a motion to dismiss is GRANTED.
2. Defendants Florian Leonhard and Florian Leonhard Fine Violins, Inc.'s request to file a motion to dismiss is GRANTED.
3. Defendants David Bonsey and D. Bonsey, Inc.'s request to file a motion to dismiss is GRANTED.
4. By **December 21, 2022**, Defendant Robson, Defendants Florian Leonhard and Florian Leonhard Fine Violins, Inc., and Defendants David Bonsey and D. Bonsey, Inc. shall file their respective motions;
5. By **January 25, 2023**, Plaintiff shall file his oppositions; and
6. By **February 8, 2023**, Defendants shall file their replies, if any.

SO ORDERED.

Dated: November 22, 2022
      New York, New York

                                            ANALISA TORRES
                                        United States District Judge