UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PETER H. ZARET d/b/a ZARET & SONS
VIOLINS, INC,

                Plaintiff,                **ORDER**

         -against-                **22-cv-7109 (AT) (JW)**

DAVID BONSEY, *et al.*,

                Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On November 1, 2022, Plaintiff filed a letter raising a discovery issue. Dkt. No. 58. On November 21, 2022, Defendants filed a letter seeking to stay discovery. Dkt. No. 76. On November 22, 2022, District Judge Torres referred both of these matters to this Court. Dkt. No. 81.

A hearing to address these disputes is set for **December 13, 2022** at **10:30 AM**. The hearing will be held in-person in Courtroom 228, 40 Foley Square, New York, New York.

SO ORDERED.

DATED:    New York, New York
               December 2, 2022

                                                        _____
                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge