**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
PETER H. ZARET d/b/a ZARET & SONS
VIOLINS, INC,

                              Plaintiff,                    **ORDER**

                 -against-                           **22-cv-7109 (AT) (JW)**

DAVID BONSEY, *et al.*,

                              Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On November 1, 2022, Plaintiff filed a letter raising a discovery issue.  Dkt. No. 58.  On November 21, 2022, Defendants filed a letter seeking to stay discovery. Dkt. No. 76.  On November 22, 2022, District Judge Torres referred both of these matters to this Court.  Dkt. No. 81.  A hearing was held on December 13, 2022.

The stay of discovery, Dkt. No. 76, is GRANTED.  The request for limited jurisdictional discovery, Dkt. No. 58, is DENIED.

All discovery deadlines will begin to run 30 days after the motions to dismiss are ruled upon, beginning with the initial disclosures and staggering out from there.

SO ORDERED.

DATED:      New York, New York
            December 13, 2022

                                        *Jennifer E. Willis*
                                        JENNIFER E. WILLIS
                                        United States Magistrate Judge