USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/14/2022_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Peter H. Zaret dba Peter Zaret & Sons Violins, Inc.,

                           Plaintiff,

-against-

David Bonsey, D. Bonsey, Inc. aka New York Violin Consulting Inc., Florian Leonhard, Florian Leonhard Fine Violins, Inc., Peter Horner, Brompton's Auctioneers Limited, Charles Beare OBE, Beare Violins Limited, Joe W. Robson,

                           Defendants.

22 Civ. 7109 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The case management conference scheduled for June 28, 2023, is AJOURNED *sine die*.

SO ORDERED.

Dated: December 14, 2022
       New York, New York

                                                    ANALISA TORRES
                                              United States District Judge