USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/20/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETER H. ZARET dba PETER ZARET & SONS
  VIOLINS, INC.,

                Plaintiff,

      - against -

DAVID BONSEY, D. BONSEY, INC. aka NEW YORK
VIOLIN CONSULTING INC., FLORIAN LEONHARD,
FLORIAN LEONHARD FINE VIOLINS, INC.,
PETER HORNER, BROMPTON'S AUCTIONEERS
LIMITED, CHARLES BEARE OBE, BEARE VIOLINS
LIMITED, JOE W. ROBSON,

Defendants.

Civil Docket No. 22-CV-7109(AT)

**NOTICE OF PLAINTIFF'S REQUEST FOR ENTRY OF JUDGMENT PER RULE 58(a) OF FEDERAL RULES OF CIVIL PROCEDURE**

**To The Clerk:**

    **Please take notice** pursuant to Rule 58(d) of the Federal rules of Civil Procedure Plaintiff **herby** requests that judgment be set out in a separate document as required by Rule 58(a).

                Respectfully submitted,

                Law Offices of Mark Schlachet

Dated: December 19, 2023        /s/Mark Schlachet_____
                                          Mark Schlachet
                                          305 Broadway, Suite 700
                                          New York, New York
                                          (216) 225-7559
                                          markschlachet@me.com

9511 Collins Ave.-Ste. 605
Surfside, FL 33154

Attorney for Plaintiff Peter H. Zaret
dba Peter Zaret & Sons Violins, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2023, I caused a true and accurate copy of the foregoing Notice of Request to be served electronically by the Court's Electronic Case Filing (ECF) System upon counsel for all Defendants.

/s/Mark Schlachet
Mark Schlachet

---

The Clerk of Court is directed to enter judgment in accordance with the Court's orders at ECF Nos. 121 and 128.

SO ORDERED.

Dated: December 20, 2023
New York, New York

_____
ANALISA TORRES
United States District Judge